IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOR CREDIT CORPORATION					PLAINTIFF

vs.					NO.  05-5110

STEVE SMITH AUTO GROUP IV LLC					DEFENDANT
d/b/a ROAD SHOW OF ARKANSAS

## AMENDED CLERK'S ORDER OF DISMISSAL

On this 3rd day of January , 2006, the plaintiff herein having filed his Stipulation of Dismissal on 12/21/05 pursuant to Rule 41(a), Federal Rules of Civil Procedure, and a Clerk's Order having been erroneously filed dismissing case with prejudice on 12/22/05,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  /s/ June Newland
				Deputy Clerk